FILED
JAN 5 - 2005
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
Plaintiff,

v.

DANIEL WILSON TESTERMAN,
Defendant.

Criminal No. 1:05CR04

Violation: 18 U.S.C. §2252A(a)(5)(B)
18 U.S.C. §2252A(a)(2)(A)

# INDICTMENT

**The Grand Jury charges:**

## COUNT ONE

On or about August 28, 2003, at or near Harrisville, Ritchie County, and in the Northern District of West Virginia, the defendant, Daniel Wilson Testerman, did knowingly possess material, that is, a computer containing graphic image computer files of child pornography, as defined in Section 2256 of Title 18 of the United States Code, and further identified by the following hash values:

1.) 1C7B480D846108B04C7989CD48B2FC12
2.) 5B629707973380BAA29210A9FE495ECA
3.) 44195C07FF18B27CB71C809A610367CE
4.) 310BF5E0FC6438D0294799335A429B98
5.) 806D804A6D3763BD417A124C15F11141
6.) B698F3397E5C51A914951731D71B98A5
7.) B984528508EF2C0A687593535B3E56FA
8.) D725A85A9DA3E6781A138948A98D8877
9.) 9AC69EB35D794BC80FCC2658CBDDD96D
10.) B6830832887BD1ABDC696FFAE696F619
11.) 54E684EE36859BA7214B25CC18AA1476
12.) 933652C5465B854E5353CF2772D023E4
13.) 482DBC7963417F72C9ECE3E9F0482B26
14.) ECFFFC47BB19F0959B8DCA6082A9139C
15.) A8B94BDD22FACA6C23D057DAD4373AD3
16.) D79BAD6739CE98E73C3FA9B50D6097CE
17.) 893BF2DCE981DA68D352E685518BD7C6
18.) BDBD87E1C748BD325C30C9F991A661B0

19.) 8F36F6FE31FF719D2CD5FC64180C4410
20.) A073E9BC380B87B658015625817D13DD
21.) 95FFC79EB2F0D7E8A5D550480895568F
22.) 71F83DEFD225D469483DFE273BB31739
23.) 42C599F783F9A73213F2F2CAAF618D46
24.) 419C8FFCB89AA7F06C4A829BA3BD3357
25.) 8D8151BFC539CB329C13DA1F1110D24C
26.) ED59EDF586F7039C0B96081881FD8722
27.) 8C8E724BA73079D8B62CB48E96E8E857

which had been shipped and transported in interstate and foreign commerce by means that included a computer, all in violation of Title 18 United States Code Section 2252A(a)(5)(B).

**COUNT TWO**

On or about July 25, 2003, at or near Harrisville, Ritchie County, and in the Northern District of West Virginia, the defendant, Daniel Wilson Testerman, did knowingly receive child pornography, as defined in Section 2256 of Title 18 of the United States Code, that is, two files, identified by the following hash values:

1.) 1C7B480D846108B04C7989CD48B2FC12, and
2.) 5B629707973380BAA29210A9FE495ECA,

both of which had been shipped and transported in interstate and foreign commerce by any means, in violation of Title 18, United States Code Section 2252A(a)(2)(A).

**COUNT THREE**

On or about August 10, 2003, at or near Harrisville, Ritchie County, and in the Northern District of West Virginia, the defendant, Daniel Wilson Testerman, did knowingly receive child pornography, as defined in Section 2256 of Title 18 of the United States Code, that is, a file with hash value 44195C07FF18B27CB71C809A610367CE which had been shipped and transported in interstate and foreign commerce by any means, in violation of Title 18, United States Code Section 2252A(a)(2)(A).

**COUNT FOUR**

On or about August 22, 2003, at or near Harrisville, Ritchie County, and in the Northern District of West Virginia, the defendant, Daniel Wilson Testerman, did knowingly receive child pornography, as defined in Section 2256 of Title 18 of the United States Code, that is, a file with hash value 310BF5E0FC6438D0294799335A429B98 which had been shipped and transported in interstate and foreign commerce by any means, in violation of Title 18, United States Code Section 2252A(a)(2)(A).

A true bill,

Kimberly Davis

FOREPERSON

for Thomas E. Johnston
U.S. Attorney-NDWV