# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA
## CLARKSBURG DIVISION

**ORIGINAL**

**FOR RETURN**

UNITED STATES OF AMERICA
          Plaintiff,

**SUMMONS IN A CRIMINAL CASE**

v.

Case No. 1:05-CR-4

DANIEL WILSON TESTERMAN
Rt. 1, Box 136B, Harrisville, WV
          Defendant.

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below:

| | |
|---|---|
| Place: U. S. Post Office Building, 500 West Pike Street, Clarksburg, WV 26301 | Room: Third Floor Courtroom |
| Before the Honorable John S. Kaull, Magistrate Judge | Date and Time: 1/20/05 at 3:00 p.m. |

To answer a(n):

**X INDICTMENT**     ☐ Information     ☐ Complaint     ☐ Violation Notice

(See Attached)

*Brief description of offense:* **(SEE ATTACHED INDICTMENT)**

Wally Edgell, Ph.D.
_____
Signature of Issuing Officer
Clerk, US District Court for the Northern District of WV

January 5, 2005
Date

By-_Melody Somers_ Deputy Clerk.



| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 1:05CR4 |
| DEFENDANT | TYPE OF PROCESS |
| Daniel Wilson TESTERMAN | Summons in a Criminal Case |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Daniel Wilson TESTERMAN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

Route 1 Box 136B, Harrisville, WV

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Fold                                                                                                                              Fold

| Signature of Attorney other Originator requesting service on behalf of: | ☐ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | **FILED** JAN 1 1 2005 U.S. DISTRICT COURT CLARKSBURG, WV 26301 | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 087 | No. 087 | | 01/07/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

| Name and title of individual served (if not shown above) | ☒ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Amanda TESTERMAN - sister-in-law | |

| Address (complete only different than shown above) | Date | Time | ☐ am ☒ pm |
|---|---|---|---|
| Route 1 Box 136 Harrisville, WV | 1/10/05 | 3:25 | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $45.00 | $36.75 | $0.00 | $81.75 | | $81.75 |

REMARKS:
01/10/05 Start: 2:30pm End: 4:15pm, One Deputy, 98 miles R/T

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00