

**COPY FILED**

FEB 7 - 2005

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                     Criminal No. 1:05 CR 04

DANIEL WILSON TESTERMAN,

    Defendant.

## MOTION TO CONTINUE

**NOW COMES** the Defendant, **DANIEL WILSON TESTERMAN**, by and through his attorney, **GEORGE J. COSENZA**, and moves the Court to continue the trial in the above-cited case scheduled on March 28, 2005, at 9:30 a.m. on the grounds that Defendant's counsel is previously scheduled to be out of West Virginia on vacation from March 23, 2005 through and including March 28, 2005. The Defendant waives his right to a speedy trial as contained in the Waiver attached hereto as Exhibit "A".

Dated this 3 day of February, 2005.

                                            George J. Cosenza - WV Bar No. 833
                                            COSENZA & MERRIMAN, PLLC
                                            515 Market Street - P.O. Box 4
                                            Parkersburg, WV  26102
                                            (304) 485-0990
                                            **Counsel for Defendant**

DANIEL WILSON TESTERMAN,

v.                                                                              Criminal No. 1:05 CR 04

Defendant.

## WAIVER

The Defendant, **DANIEL WILSON TESTERMAN**, hereby waives his right to a speedy trial in the above-cited matter.

Dated this ___3___ day of February, 2005.

George J. Cosenza - WV Bar No. 833
**COSENZA & MERRIMAN, PLLC**
515 Market Street - P.O. Box 4
Parkersburg, WV  26102
(304) 485-0990
Counsel for Defendant

_____
**DANIEL WILSON TESTERMAN, Defendant**

EXHIBIT "A"

STATES OF AMERICA, prepaid, addressed to Thomas E. Johnston, United States Attorney, West Pike Street, Suite 300, Clarksburg, West Virginia, 26301-2710 on this ___3___ day of February, 2005.

George J. Cosenza - WV Bar No. 833
COSENZA & MERRIMAN, PLLC
515 Market Street - P.O. Box 4
Parkersburg, WV 26102
(304) 485-0090
Counsel for Defendant