**FILED** FEB 11 2005
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Criminal No. 1:05 CR 04

DANIEL WILSON TESTERMAN,

    Defendant.

## MOTION TO CONTINUE

**NOW COMES** the Defendant, **DANIEL WILSON TESTERMAN**, by and through his attorney, **GEORGE J. COSENZA**, and moves the Court to continue the pre-trial motions hearing in the above-cited case scheduled on February 23, 2005, at 11:00 a.m., on the grounds that Defendant's counsel is previously scheduled to be out of the country from February 21, 2005 through February 25, 2005.

_____
George J. Cosenza – WV Bar No. 833
COSENZA & MERRIMAN, PLLC
515 Market Street - P.O. Box 4
Parkersburg, WV 26102
(304) 485-0990
**Counsel for Defendant**

**CERTIFICATE OF SERVICE**

The undersigned counsel for Defendant, **DANIEL WILSON TESTERMAN** certifies that he served the foregoing **MOTION TO CONTINUE** upon the Plaintiff, U STATES OF AMERICA, by depositing a true copy thereof in the United States mail, prepaid, addressed to Thomas E. Johnston, United States Attorney, Clarksburg Federal Cer West Pike Street, Suite 300, Clarksburg, West Virginia, 26301-2710 on this 10 February, 2005.

George J. Cosenza - WV Bar No. 833
COSENZA & MERRIMAN, PLLC
515 Market Street - P.O. Box 4
Parkersburg, WV  26102
(304) 485-0990
**Counsel for Defendant**