**FILED**

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FEB 1 1 2005

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,
Plaintiff,

v.    Criminal No. 1:05CR4

DANIEL WILSON TESTERMAN
Defendant.

## GOVERNMENT'S RESPONSE TO DEFENDANT'S TWO MOTIONS TO CONTINUE

Now comes the United States of America, and Thomas E. Johnston, United States Attorney for the Northern District of West Virginia, by Sherry L. Muncy, Assistant United States Attorney, and responds that it has no objection to the defendant's motion to continue the pre-trial hearing scheduled for March 22, 2205 at 12:15 p.m. in the above-styled matter. The government further responds that it has no objection to the defendant's second motion to continue the trial of the above-styled matter currently scheduled for March 28, 2005 at 9:30 a.m.

Respectfully submitted,

UNITED STATES ATTORNEY
Thomas E. Johnston

By: _____
Sherry L. Muncy, AUSA

## CERTIFICATE OF SERVICE

I, Sherry L. Muncy, Assistant United States Attorney for the Northern District of West Virginia, do hereby certify that a copy of the foregoing GOVERNMENT'S RESPONSE TO THE DEFENDANT'S TWO MOTIONS TO CONTINUE was served upon counsel for the defendant, Daniel Wilson Testerman, by first class mail addressed to:

George J. Cosenza
Cosenza & Merriman, PLLC
515 Market Street
P. O. Box 4
Parkersburg, WV 26102.

Dated: Feb. 11, 2005

Sherry L. Muncy
Assistant United States Attorney
320 West Pike Street, Suite #300
Clarksburg, West Virginia 26301