IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.  //  CIVIL ACTION NO. 1:05cr04
(Judge Keeley)

DANIEL WILSON TESTERMAN,

    Defendant.

### ORDER

Pursuant to Title 28, United States Code § 636(b)(1) and for reasons appearing to the Court, it is **ORDERED** that this action be referred to the Honorable John S. Kaull, United States Magistrate Judge, who is hereby designated and authorized to consider the record and do all things proper to rule on the defendant's motion to suppress and any other motions filed including, without limitation, conducting a hearing on the motions, if necessary, and entering into the record a written report and recommendations or order as to the appropriate disposition of the motions.

The clerk is directed to transmit copies of this order of referral to counsel of record herein and to the Honorable John S. Kaull, United States Magistrate Judge.

DATED: February _____14_____, 2005.

                                            IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE