

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

FEB 2 4 2005

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

UNITED STATES OF AMERICA,

    Plaintiff,

v.                        Criminal No. 1:05 CR 04

DANIEL WILSON TESTERMAN,

    Defendant.

### DEFENDANT'S RESPONSE TO GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME AND MOTION TO CONTINUE

**NOW COMES** the Defendant, **DANIEL WILSON TESTERMAN**, by and through his attorney, **GEORGE J. COSENZA**, and responds that the Defendant has no objection to the Government's Second Motion for Extension of Time and Motion to Continue.

Dated this _22_ day of February, 2005.

_____
George J. Cosenza - WV Bar No. 833
COSENZA & MERRIMAN, PLLC
515 Market Street - P.O. Box 4
Parkersburg, WV 26102
(304) 485-0990
**Counsel for Defendant**

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant, **DANIEL WILSON TESTERMA[N]** certifies that he served the foregoing **DEFENDANT'S RESPONSE TO GOVERN[MENT'S] SECOND MOTION FOR EXTENSION OF TIME AND MOTION TO CONTIN[UE]** the Plaintiff, **UNITED STATES OF AMERICA**, by depositing a true copy thereof in th[e United] States mail, postage prepaid, addressed to Sherry L. Muncy, Assistant United States [Attorney,] Clarksburg Federal Center, 320 West Pike Street, Suite 300, Clarksburg, West Virginia [26301-] 2710 on this 22 day of February, 2005.

George J. Cosenza - WV Bar No. 833
**COSENZA & MERRIMAN, PLLC**
**515 Market Street - P.O. Box 4**
**Parkersburg, WV  26102**
**(304) 485-0990**
**Counsel for Defendant**