**FILED**

MAR 3 2005

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                         Criminal No. 1:05 CR 04

DANIEL WILSON TESTERMAN,

    Defendant.

## WAIVER

The Defendant, **DANIEL WILSON TESTERMAN**, hereby waives his right to a speedy trial in the above-cited matter.

Dated this 3 day of February, 2005.

*[signature]*
George J. Cosenza - WV Bar No. 833
COSENZA & MERRIMAN, PLLC
515 Market Street - P.O. Box 4
Parkersburg, WV 26102
(304) 485-0990
**Counsel for Defendant**

*[signature: Daniel Wilson Testerman]*
**DANIEL WILSON TESTERMAN, Defendant**

EXHIBIT "A"