**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              **Criminal No.  1:05CR4**

DANIEL WILSON TESTERMAN,

        Defendant.

**UNITED STATES' MOTION FOR ORDER TO SEAL THE EXHIBITS
TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS**

Now comes the United States of America and Thomas E. Johnston, United States Attorney

for the Northern District of West Virginia, by Sherry L. Muncy, Assistant United States Attorney,

for said District.

The United States moves this Court to seal the Exhibits to the Government's Response to

Defendant's Motion to Suppress in the above-captioned case.  These Exhibits contain information

about an identified minor.

                            Respectfully submitted,

                            THOMAS E. JOHNSTON
                            United States Attorney

By:      _____
        Sherry L. Muncy
        Assistant United States Attorney