IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Criminal No. 1:05CR4

DANIEL WILSON TESTERMAN,

    Defendant.

## ORDER TO SEAL

The United States has presented to the Judge its Motion and this proposed Order requesting the Court to seal the Exhibits to Government's Response to Defendant's Motion to Suppress.

The Court finds that there is good cause to seal such Exhibits.

The Clerk is **ORDERED** to seal the Exhibits to the Government's Response to Defendant's Motion to Suppress in accordance with the United States' Motion for Order to Seal the Exhibits to Government's Response to Defendant's Motion to Suppress.

ENTER: 23 March 2005

_____
UNITED STATES DISTRICT JUDGE