IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.   CRIMINAL ACTION NO. 1:05CR04

DANIEL TESTERMAN,

Defendant.

## ORDER CONTINUING HEARING ON PRE-TRIAL MOTIONS

On the 30th day of March, 2005, the United States Attorney, through his Assistant United States Attorney, Sherry Muncy, filed the Government's Motion to Continue the hearing on pretrial motions in this case from Friday, April 1, 2005, at 9:00 a.m., to Wednesday, April 13, 2005, at 2:00. The United States asserts that Defendant's counsel, George Cosenza, is currently involved in a trial, which is being conducted in the Circuit Court of Ritchie County and that the trial may continue into April 1, 2005.

After review and consideration of same, this Court does grant the Government's Motion to Continue. The hearing on Defendant's Motion to Suppress [Docket Entry 5] is continued from April 1, 2005, at 9:00 a.m., to April 13, 2005, at 2:00 p.m., at the Clarksburg point of holding court.

IT IS SO **ORDERED**.

The United States District Clerk for the Northern District of West Virginia is directed to provide a copy of this order to Magistrate Judge James E. Seibert, counsel of record, the Federal Probation Officer assigned to this case, and to the U.S. Marshal.

DATED: March 30, 2005

JOHN S. KAULL
UNITED STATES MAGISTRATE JUDGE