# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL WILSON TESTERMAN,

    Defendant.

**FILED**

JUN 8 2005

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

Criminal No. 1:05 CR 04

## DEFENDANT'S SUPPLEMENTAL DISCLOSURE

Now comes the Defendant, **DANIEL WILSON TESTERMAN**, by and through his attorney, **GEORGE J. COSENZA**, and provides the following supplemental disclosure, as follows:

### Defendant's Witness:

John Black
960 Hazelgreen Road
Smithville, WV 26178

Dated this __8__ day of June, 2005.

_____
George J. Cosenza - WV Bar No. 833
COSENZA & MERRIMAN, PLLC
515 Market Street - P.O. Box 4
Parkersburg, WV 26102
(304) 485-0990
Counsel for Defendant

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant, **DANIEL WILSON TESTERMAN**, hereby certifies that he served the foregoing **DEFENDANT'S SUPPLEMENTAL DISCLOSURE**, upon the Plaintiff, **UNITED STATES OF AMERICA**, by depositing a true copy thereof in the United States mail, postage prepaid, addressed to Sherry L. Muncy, Assistant United States Attorney, Clarksburg Federal Center, 320 West Pike Street, Suite 300, Clarksburg, West Virginia, 26301-2710 on this ___8___ day of June, 2005.

George J. Cosenza (WV Bar No. 833)
COSENZA & MERRIMAN, PLLC
515 Market Street - P.O. Box 4
Parkersburg, WV 26102
(304) 485-0990
Counsel for Defendant