```
                                              FILED
                                            JUN  8 2005

        IN THE UNITED STATES DISTRICT COURT
                                         U.S. DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              Criminal No. 1:05 CR 04

DANIEL WILSON TESTERMAN,

    Defendant.

## MOTION IN LIMINE

Now comes the Defendant, **DANIEL WILSON TESTERMAN**, by and through his attorney, **GEORGE J. COSENZA**, and moves *in limine* to prohibit the United States of America to show to the jury any of the photographs deemed to be child pornography until said photographs have been admitted into evidence.

Dated this __8__ day of June, 2005.

                                    George J. Cosenza - WV Bar No. 833
                                    COSENZA & MERRIMAN, PLLC
                                    515 Market Street - P.O. Box 4
                                    Parkersburg, WV 26102
                                    (304) 485-0990
                                    **Counsel for Defendant**

## CERTIFICATE OF SERVICE

The undersigned counsel for Defendant, **DANIEL WILSON TESTERMAN**, hereby certifies that he served the foregoing **DEFENDANT'S SUPPLEMENTAL DISCLOSURE**, upon the Plaintiff, **UNITED STATES OF AMERICA**, by depositing a true copy thereof in the United States mail, postage prepaid, addressed to Sherry L. Muncy, Assistant United States Attorney, Clarksburg Federal Center, 320 West Pike Street, Suite 300, Clarksburg, West Virginia, 26301-2710 on this ____8____ day of June, 2005.

George J. Cosenza (WV Bar No. 833)
COSENZA & MERRIMAN, BLLC
515 Market Street - P.O. Box 4
Parkersburg, WV 26102
(304) 485-0990
Counsel for Defendant