Subpoena in a Criminal Case

# United States District Court

__NORTHERN__ DISTRICT OF __WEST VIRGINIA__

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL TESTERMAN | **SUBPOENA IN A<br>CRIMINAL CASE**<br><br>CRIMINAL NO.: 1:05CR04<br><br>**FILED**<br>JUN 1 5 2005<br>U.S. DISTRICT COURT<br>CLARKSBURG, WV 26301 |

To: MELISSA TESTERMAN

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Honorable Irene M. Keeley's Courtroom<br>United States District Court<br>500 West Pike Street<br>Clarksburg, WV | Second Floor |
| | **DATE AND TIME**<br>06/20/05 @ 9:30 am |

( ) YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| | |
|---|---|
| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>**WALLY EDGELL, Ph.D.**<br><br>(BY) DEPUTY CLERK<br>*[signature: Melody Somers]* | DATE<br><br>June 13, 2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

SHERRY L. MUNCY, AUSA, 320 W. Pike Street, Clarksburg, WV 26301 (304) 623-7030