# United States District Court

__NORTHERN__ DISTRICT OF __WEST VIRGINIA__

UNITED STATES OF AMERICA

v.

DANIEL WILSON TESTERMAN

SUBPOENA IN A
CRIMINAL CASE

CRIMINAL NO.:    1:05CR4

To:   CAPTAIN BRYAN D. BACKUS

[XX] YOU ARE COMMANDED to appear in the United States District Court at the **place, date and time specified** below, or any subsequent place, date and time set by the court, to testify in the **above referenced case. This** subpoena shall remain in effect until you are granted leave to depart by the court or **by an officer acting on behalf** of the court.

| PLACE | COURTROOM |
|---|---|
| Honorable Irene M. Keeley's Courtroom<br>United States District Court<br>500 West Pike Street<br>Clarksburg, WV | Second Floor |
| | **DATE AND TIME** |
| | 06/20/05 @ 9:30 am |

( ) YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>WALLY EDGELL, Ph.D.<br><br>(BY) DEPUTY CLERK<br>*Melody Somers* | DATE<br><br>June 13, 2005 |
|---|---|
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER | SHERRY L. MUNCY, AUSA, 320 W. Pike Street,<br>Clarksburg, WV 26301 (304) 623-7030 |

Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **RECEIVED BY SERVER** | | |
| **SERVED** | 06/14/05 | Ritchie Co. Sheriff's Office |

**SERVED ON (PRINT NAME)**

Capt. Bryan Backus

**FEES AND MILEAGE TENDERED TO WITNESS**

☐ YES ☐ NO AMOUNT $ _____

**SERVED BY (PRINT NAME)**

Ryan M. Reed

**TITLE**

Deputy

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 06/14/05      Dep. Ryan M Reed
           *Date*               *Signature of Server*

109 North Street Harrisville WV 26362
*Address of Server*

**ADDITIONAL INFORMATION**