# United States District Court

__NORTHERN__ DISTRICT OF __WEST VIRGINIA__

UNITED STATES OF AMERICA

v.

DANIEL WILSON TESTERMAN

SUBPOENA IN A
CRIMINAL CASE

CRIMINAL NO.:

1:05CR4

To:

ALICE TESTERMAN

[XX] YOU ARE COMMANDED to appear in the United States District Court at the **place, date and time specified** below, or any subsequent place, date and time set by the court, to testify in the **above referenced case.** This subpoena shall remain in effect until you are granted leave to depart by the court **or by an officer acting on behalf of the court.**

| PLACE | COURTROOM |
|---|---|
| Honorable Irene M. Keeley's Courtroom<br>United States District Court<br>500 West Pike Street<br>Clarksburg, WV | Second Floor |
| | DATE AND TIME |
| | 06/20/05 @ 9:30 am |

( ) YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>WALLY EDGELL, Ph.D.<br><br>(BY) DEPUTY CLERK<br>*Melody Somers* | DATE<br><br>June 13, 2005 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

SHERRY L. MUNCY, AUSA, 320 W. Pike Street,
Clarksburg, WV 26301 (304) 623-7030

Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **RECEIVED BY SERVER** | | |
| **SERVED** | 6/14/05 | At Residence |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Amy Workman (daughter) | ☐ YES ☐ NO AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Ryan M Reed | Deputy |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 6/14/05      Dep. Ryan M Reed
_____  _____
         Date                      Signature of Server

                 109 North Street Hairsville WV 26362
                 _____
                      Address of Server

**ADDITIONAL INFORMATION**