Subpoena in a Criminal Case                                              Return

# United States Court

_NORTHERN_ DISTRICT OF _WEST VIRGINIA_

UNITED STATES OF AMERICA

v.

DANIEL WILSON TESTERMAN

SUBPOENA IN A
CRIMINAL CASE

CRIMINAL NO.:    1:05CR4

To:   JOHN BLACK

☒ YOU ARE COMMANDED to appear in the United States District Court at the **place, date and time specified** below, or any subsequent place, date and time set by the court, to testify in the **above referenced case.** This subpoena shall remain in effect until you are granted leave to depart by the court or **by an officer acting on behalf of the court.**

| PLACE | COURTROOM |
|---|---|
| Honorable Irene M. Keeley's Courtroom<br>United States District Court<br>500 West Pike Street<br>Clarksburg, WV | Second Floor |
| | DATE AND TIME |
| | 06/20/05 @ 9:30 am |

( ) YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>WALLY EDGELL, Ph.D. | DATE<br>June 13, 2005 |
|---|---|
| (BY) DEPUTY CLERK<br>_Melody Somers_ | |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER    SHERRY L. MUNCY, AUSA, 320 W. Pike Street, Clarksburg, WV 26301 (304) 623-7030 | |

Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | DATE 06/14/05  2036 hrs | PLACE Ellenboro Smorton's (POE) |

**SERVED ON (PRINT NAME)**
John Black

**FEES AND MILEAGE TENDERED TO WITNESS**
☐ YES  ☐ NO   AMOUNT $ _____

**SERVED BY (PRINT NAME)**
Ryan M. Reed

**TITLE**
Deputy

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  06/14/05        Dep. Ryan M. Reed
              Date              Signature of Server

109 North Street Harrisville WV 26362
Address of Server

**ADDITIONAL INFORMATION**

Served 2036