Subpoena in a Criminal Case                                                            Return

# United States District Court

__NORTHERN__ DISTRICT OF __WEST VIRGINIA__

UNITED STATES OF AMERICA

v.

DANIEL WILSON TESTERMAN

SUBPOENA IN A
CRIMINAL CASE

CRIMINAL NO.:   1:05CR4

To:   JESSE TESTERMAN

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Honorable Irene M. Keeley's Courtroom<br>United States District Court<br>500 West Pike Street<br>Clarksburg, WV | Second Floor |
| | DATE AND TIME |
| | 06/20/05 @ 9:30 am |

( ) YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>WALLY EDGELL, Ph.D.<br>(BY) DEPUTY CLERK<br>*Melody Somers* | DATE<br>June 13, 2005 |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER   SHERRY L. MUNCY, AUSA, 320 W. Pike Street, Clarksburg, WV  26301 (304) 623-7030

Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **RECEIVED BY SERVER** | | |
| **SERVED** | DATE 1830 hrs 06/14/05 | PLACE At his Residence / Harris Additio- Harrisville |

**SERVED ON (PRINT NAME)**
Victoria Testerman (wife)

**FEES AND MILEAGE TENDERED TO WITNESS**
☐ YES ☐ NO AMOUNT $ _____

**SERVED BY (PRINT NAME)**
Ryan M Reed

**TITLE**
Deputy

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 06/14/05
_Date_

Dep. Ryan Reed
_Signature of Server_

109 North Street, Harrisville WV 26362
_Address of Server_

**ADDITIONAL INFORMATION**

Srvs. Victoria Testerman (wife)
1830 hrs.