Subpoena in a Criminal Case                                                    Return

# United States District Court

NORTHERN        DISTRICT OF        WEST VIRGINIA

UNITED STATES OF AMERICA                    SUBPOENA IN A
v.                                          CRIMINAL CASE

DANIEL WILSON TESTERMAN          CRIMINAL NO.:    1:05CR4

To:    AMY MOORE (WORKMAN)

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Honorable Irene M. Keeley's Courtroom<br>United States District Court<br>500 West Pike Street<br>Clarksburg, WV | Second Floor |
| | DATE AND TIME<br>06/20/05 @ 9:30 am |

( ) YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>WALLY EDGELL, Ph.D. | DATE<br>June 13, 2005 |
|---|---|
| (BY) DEPUTY CLERK<br>*Melody Somers* | |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER | SHERRY L. MUNCY, AUSA, 320 W. Pike Street,<br>Clarksburg, WV  26301  (304) 623-7030 |

Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **RECEIVED BY SERVER** | | |
| **SERVED** | 6/14/05 | Her Residence |

**SERVED ON (PRINT NAME)**
Amy Workman

**FEES AND MILEAGE TENDERED TO WITNESS**
☐ YES  ☐ NO  AMOUNT $ _____

**SERVED BY (PRINT NAME)**
Ryan M Reed

**TITLE**
Deputy

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  6/14/05         Dep Ryan M Reed
            Date              Signature of Server

109 North Street Harrisville WV 26362
Address of Server

**ADDITIONAL INFORMATION**