# United States District Court

NORTHERN          DISTRICT OF          WEST VIRGINIA

UNITED STATES OF AMERICA

v.

DANIEL WILSON TESTERMAN

SUBPOENA IN A
CRIMINAL CASE

CRIMINAL NO.:

1:05CR4

To:

DEPUTY MIKE KELLEY
Richie County Sheriff's Department

[X] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Honorable Irene M. Keeley's Courtroom<br>United States District Court<br>500 West Pike Street<br>Clarksburg, WV | Second Floor |
| | DATE AND TIME |
| | 06/20/05 @ 9:30 am |

( ) YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>WALLY EDGELL, Ph.D. | DATE |
|---|---|
| (BY) DEPUTY CLERK<br>*Melody Somers* | June 13, 2005 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

SHERRY L. MUNCY, AUSA, 320 W. Pike Street, Clarksburg, WV 26301 (304) 623-7030

Subpoena in a Criminal Case

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **RECEIVED BY SERVER** | | |
| **SERVED** | 06/14/05 | Ritchie Co. Sheriffs office |

**SERVED ON (PRINT NAME)**

Dep. Mike Kelley

**FEES AND MILEAGE TENDERED TO WITNESS**

☐ YES ☐ NO AMOUNT $ _____

**SERVED BY (PRINT NAME)**

Ryan M Reed

**TITLE**

Deputy

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 06/14/05      Dep. Ryan M Reed
             *Date*             *Signature of Server*

109 North Street Harrisville WV 26362
*Address of Server*

**ADDITIONAL INFORMATION**