# United States District Court

| NORTHERN | DISTRICT OF | WEST VIRGINIA |

UNITED STATES OF AMERICA

v.

DANIEL WILSON TESTERMAN

SUBPOENA IN A CRIMINAL CASE

CRIMINAL NO.: 1:05CR4

To: MATTHEW DOYLE

[XX] YOU ARE COMMANDED to appear in the United States District Court at the **place, date and time specified below**, or any subsequent place, date and time set by the court, to testify in the **above referenced case**. This subpoena shall remain in effect until you are granted leave to depart by the court or **by an officer acting on behalf of the court.**

| PLACE | COURTROOM |
|---|---|
| Honorable Irene M. Keeley's Courtroom<br>United States District Court<br>500 West Pike Street<br>Clarksburg, WV | Second Floor |
|  | **DATE AND TIME**<br>06/20/05 @ 9:30 am |

( ) YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>WALLY EDGELL, Ph.D. | DATE<br>June 13, 2005 |
|---|---|
| (BY) DEPUTY CLERK<br>*Melody Somers* | |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER | SHERRY L. MUNCY, AUSA, 320 W. Pike Street, Clarksburg, WV 26301 (304) 623-7030 |

Subpoena in a Criminal Case

| PROOF OF SERVICE | **FILED** |
|---|---|
| | JUN 2 1 2005 |
| | U.S. DISTRICT COURT |
| | CLARKSBURG, WV 26301 |

| RECEIVED BY SERVER | DATE | PLACE |
|---|---|---|
| Unfound ~~SERVED~~ | DATE 06/14/05 | PLACE Unfound |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| Unfound | ☐ YES ☐ NO AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| Ryan M. Reed | Deputy |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on 06/14/05
Date

Dep. Ryan M. Reed
Signature of Server

109 North Street Harrisville WV 26362
Address of Server

ADDITIONAL INFORMATION

Doyle is unfound. He lives out of County. Attempted to locate info on him, but no luck.

METHOD OF SERVICE (check one):
A. ___ Defendant was served in person.
B. ☒ Defendant was not found.
C. ___ Substituted personal service; the defendant was not found at his/her usual place of abode, so a copy of the summons and complaint was delivered and the purpose explained to _____, who is a member of the defendant's family above the age of 16.

Given under my hand this 14 day of June, 2005.

RON BARNIAK
SHERIFF OF RITCHIE COUNTY, WV
By: _____ Process Server or Deputy