IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                        **CRIMINAL NO. 1:05CR4**
                                                   **(Judge Keeley)**

**DANIEL WILSON TESTERMAN,**

    **Defendant.**

## ORDER RESCHEDULING FINAL PRETRIAL CONFERENCE

For reasons appearing to the Court, the final pretrial conference in this matter currently scheduled for Friday, January 20, 2006 at 1:00 p.m. is **RESCHEDULED** for **Friday, January 20, 2006** at **12:15 p.m.** at the **Clarksburg, West Virginia, point of holding court.**

It is so **ORDERED.**

The Clerk of Court is directed to forward a copy of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: January 12, 2006.

                                                        /s/ Irene M. Keeley
                                                        IRENE M. KEELEY
                                                        UNITED STATES DISTRICT JUDGE