**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

v.                                                                  Criminal No.  1:05CR4

**DANIEL WILSON TESTERMAN**
    **Defendant.**

## GOVERNMENT'S EXHIBIT LIST

1.) Image of 1C7B480D846108B04C7989CD48B2FC12, found in corresponding paragraphs of Counts 1 and Count 2 of indictment.

2.) Image of 5B629707973380BAA29210A9FE495ECA, found in corresponding paragraphs of Counts1 and Count 2 of indictment

3.) Image of 44195C07FF18B27CB71C809A610367CE, found in corresponding paragraph of Count 1 and in Count 3 of indictment

4.) Image of 310BF5E0FC6438D0294799335A429B98, found in corresponding paragraph of Count 1 and in Count 4 of indictment.

5.) Image of 806D804A6D3763BD417A124C15F11141, found in corresponding paragraph of Count 1 of indictment.

6.) Image of B698F3397E5C51A914951731D71B98A5, found in corresponding paragraph of Count 1 of indictment.

7.) Image of B984528508EF2C0A687593535B3E56FA, found in corresponding paragraph of Count 1 of indictment.

8.) Image of D725A85A9DA3E6781A138948A98D8877, found in corresponding paragraph of Count 1 of indictment.

9.) Image of 9AC69EB35D794BC80FCC2658CBDDD96D, found in corresponding paragraph of Count 1 of indictment.

10.) Image of B6830832887BD1ABDC696FFAE696F619, found in corresponding paragraph of Count 1 of indictment.

11.) Image of 54E684EE36859BA7214B25CC18AA1476, found in corresponding paragraph of Count 1 of indictment.

12.)  Image of 933652C5465B854E5353CF2772D023E4, found in corresponding paragraph of Count 1 of indictment.

13.)  Image of 482DBC7963417F72C9ECE3E9F0482B26, found in corresponding paragraph of Count 1 of indictment.

14.)  Image of ECFFFC47BB19F0959B8DCA6082A9139C, found in corresponding paragraph of Count 1 of indictment.

15.)  Image of A8B94BDD22FACA6C23D057DAD4373AD3, found in corresponding paragraph of Count 1 of indictment.

16.)  Image of D79BAD6739CE98E73C3FA9B50D6097CE, found in corresponding paragraph of Count 1 of indictment.

17.)  Image of 893BF2DCE981DA68D352E685518BD7C6, found in corresponding paragraph of Count 1 of indictment.

18.)  Image of BDBD87E1C748BD325C30C9F991A661B0, found in corresponding paragraph of Count 1 of indictment.

19.)  Image of 8F36F6FE31FF719D2CD5FC64180C4410, found in corresponding paragraph of Count 1 of indictment.

20.)  Image of A073E9BC380B87B658015625817D13DD, found in corresponding paragraph of Count 1 of indictment.

21.)   Image of  95FFC79EB2F0D7E8A5D550480895568F, found in corresponding paragraph of Count 1 of indictment.

22.)  Image of 71F83DEFD225D469483DFE273BB31739, found in corresponding paragraph of Count 1 of indictment.

23.)  Image of 42C599F783F9A73213F2F2CAAF618D46, found in corresponding paragraph of Count 1 of indictment.

24.)  Image of 419C8FFCB89AA7F06C4A829BA3BD3357, found in corresponding paragraph of Count 1 of indictment.

25.)  Image of 8D8151BFC539CB329C13DA1F1110D24C, found in corresponding paragraph of Count 1 of indictment.

26.)  Image of ED59EDF586F7039C0B96081881FD8722, found in corresponding paragraph of Count 1 of indictment.

27.)  Image of 8C8E724BA73079D8B62CB48E96E8E857, found in corresponding paragraph of

Count 1 of indictment.

28.)  Image of 94D46389C2102255AD255019BA76AF63, found on the c drive of the computer seized from defendant's home.

29.)  Image of C774520731ABDFD8CF3EDAEBE1FC9604, found on the c drive of the computer seized from defendant's home.

30.)  Image of 97E3EE4C24AC77622D13B50593418667, found on the c drive of the computer seized from defendant's home.

31.)  Image of D617CD4B8E5E1889A1C720F3D9710419, found on the c drive of the computer seized from defendant's home.

32.)  List of all image files found on the d drive of the computer found in defendant's house.

33.)  Image of 9C6D30DC6B611BB794EF9F96AF503B35, found on the d drive of the computer seized from defendant's home.

34.)  Image of 99F52F19F121C835094650A6C92D2D8B, found on the d drive of the computer seized from defendant's home.

35.)  Image of 2102442988C04F7D2F88B4E667141916, found on the d drive of the computer seized from defendant's home.

36.)  Image of 62C913B68CA097A053B53AE6AD4BAAE0, found on the d drive of the computer seized from defendant's home.

37.)  Image of 7DD7E3F94E93FE3E40190CDC806B6554, found on the d drive of the computer seized from defendant's home.

38.)  Photographs of nude male, with signature of Melissa Testerman.

39.)  Photographs of nude male, taken from Amy Moore's (Workman's) computer.

40.)  Photograph of nude male taken from d drive of the computer seized from defendant's home.

41.)  Photographs of head of male, with signature of Melissa Testerman.

42.)  Photographs of head of male, with signature of Amy Moore (Workman).

43.)  Computer seized from defendant's home.

44.)   Dat. Files and their associated file name on C drive, compiled by the case agent.
45.)  Dat. Files and their associated file name on D drive, compiled by the case agent.

46.)  Summary including names of files and their storage path, and hash values as identified in paragraphs 1-27 of Count 1.

47.)  6 Computer Disks containing results of the cart examination.

48.)  Image of  9A370F972B73A9275A762515E289DD56, as found on the d drive of the computer seized from defendant's home.

                                      Respectfully submitted,
                                      UNITED STATES ATTORNEY
                                      Thomas E. Johnston


                     By:     /s/    Sherry L. Muncy
                                      Sherry L. Muncy
                                      Assistant U.S. Attorney
                                      Bar No.:   4789
                                      United States Attorney's Office
                                      320 W. Pike Street, Suite 300
                                      Clarksburg, WV 26301
                                      Telephone: (304) 623-7030
                                      Facsimile: (304) 623-7031
                                      Sherry.Muncy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2006, I electronically filed the foregoing United States Exhibit List with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: George Cosenza, counsel for Daniel Wilson Testerman.

By:  /s/    Sherry L. Muncy
Sherry L. Muncy
Assistant U.S. Attorney
Bar No.:   4789
United States Attorney's Office
320 W. Pike Street, Suite 300
Clarksburg, WV 26301
Telephone: (304) 623-7030
Facsimile: (304) 623-7031
Sherry.Muncy@usdoj.gov