# United States District Court

__NORTHERN__ DISTRICT OF __WEST VIRGINIA__

UNITED STATES OF AMERICA

v.

DANIEL WILSON TESTERMAN

SUBPOENA IN A
CRIMINAL CASE

CRIMINAL NO.: **1:05CR4**

To:

JESSE TESTERMAN

[XX] YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Chief U.S. District Judge Honorable Irene M. Keeley<br>United States District Court<br>500 West Pike Street<br>Clarksburg, WV | Second Floor |
| | DATE AND TIME |
| | 01/31/06 @ 9:30am |

( ) YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| WALLY EDGELL, Ph.D. | January 20, 2006 |
| (BY) DEPUTY CLERK<br>*Melody Somers* | |

| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER |
|---|
| SHERRY L. MUNCY, AUSA, 320 W. Pike Street, Clarksburg, WV 26301 (304) 623-7030 |

Subpoena in a Criminal Case

**FILED**

## PROOF OF SERVICE

JAN 3 1 2006

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | | |
| SERVED | 1-25-06 | Harrisville |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| wife | ☐ YES  ☐ NO   AMOUNT $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| S McAly | Sgt |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  1-25-06     S McAly
                Date           Signature of Server

_____
Address of Server

**ADDITIONAL INFORMATION**