Subpoena in a Criminal Case

# United States District Court

<u>NORTHERN</u>     DISTRICT OF     <u>WEST VIRGINIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA | **SUBPOENA IN A CRIMINAL CASE** |
| v. | |
| **DANIEL WILSON TESTERMAN** | CRIMINAL NO.:    **1:05CR4** |

To:

    JOHN BLACK

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Chief U.S. District Judge Honorable Irene M. Keeley<br>United States District Court<br>500 West Pike Street<br>Clarksburg, WV | Second Floor |
| | **DATE AND TIME**<br>01/31/06 @ 9:30am |

( ) YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>WALLY EDGELL, Ph.D. | DATE<br>January 20, 2006 |
|---|---|
| (BY) DEPUTY CLERK<br>*Melody Somers* | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER    SHERRY L. MUNCY, AUSA, 320 W. Pike Street, Clarksburg, WV 26301 (304) 623-7030

Subpoena in a Criminal Case

**F.LED**

| PROOF OF SERVICE | | JAN 3 1 2006 |
|---|---|---|

| **RECEIVED BY SERVER** | DATE | PLACE |
|---|---|---|

| **SERVED** | DATE 1-25-06 | PLACE Ellerboro Simonton Plant |
|---|---|---|

| SERVED ON (PRINT NAME) John Black | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☐ NO   AMOUNT $ _____ |
|---|---|

| SERVED BY (PRINT NAME) S.E. McCullough | TITLE Sgt. |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___1-25-06___        _____S.E. McCull___
                    *Date*                              *Signature of Server*

_____
                    *Address of Server*

ADDITIONAL INFORMATION