Subpoena in a Criminal Case

# United States District Court

NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA

v.

DANIEL WILSON TESTERMAN

SUBPOENA IN A
CRIMINAL CASE

CRIMINAL NO.: 1:05CR4

To:     ELBERT TESTERMAN   643-2820

**XX** YOU ARE COMMANDED to appear in the United States District Court at the place, date and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| Chief U.S. District Judge Honorable Irene M. Keeley<br>United States District Court<br>500 West Pike Street<br>Clarksburg, WV | Second Floor |
| | DATE AND TIME |
| | 01/31/06 @ 9:30am |

( ) YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| WALLY EDGELL, Ph.D. | January 20, 2006 |
| (BY) DEPUTY CLERK<br>*Melody Somers* | |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER | SHERRY L. MUNCY, AUSA, 320 W. Pike Street, Clarksburg, WV 26301 (304) 623-7030 |

Subpoena in a Criminal Case

# PROOF OF SERVICE

FILED
JAN 3 1 2006

| | DATE | PLACE | |
|---|---|---|---|
| **RECEIVED BY SERVER** | | | |
| **SERVED** | DATE 1-25-06 | PLACE | |

**SERVED ON (PRINT NAME)**
Elbert Tesserman

**FEES AND MILEAGE TENDERED TO WITNESS**
☐ YES  ☐ NO   AMOUNT $ _____

**SERVED BY (PRINT NAME)**
SE McGly

**TITLE**
SGT

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  1-25-06                  CEMcGly
            Date                      Signature of Server

_____
Address of Server

**ADDITIONAL INFORMATION**