IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                             CRIMINAL NO. 1:05CR4
                                  (Judge Keeley)

DANIEL WILSON TESTERMAN,

    Defendant.

FILED
FEB - 6 2006
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

## VERDICT FORM

### COUNT ONE

**Count One** of the Indictment charges that that on or about August 28, 2003, at or near Harrisville, Ritchie county, and in the Northern District of West Virginia, the defendant, Daniel Wilson Testerman, did knowingly possess material, that is, a computer containing graphic image computer files of child pornography, as defined in Section 2256 of Title 18 of the United States Code, and further identified by the following hash values:

    1.)    1C7B480D846108B04C7989CD48B2FC12, or

    2.)    5B629707973380BAA29210A9FE495ECA, or

    3.)    44195C07FF18B27CB71C809A610367CE, or

    4.)    310BF5E0FC6438D0294799335A429B98, or

    5.)    806D804A6D3763BD417A124C15F11141, or

    6.)    B698F3397E5C51A914951731D71B98A5, or

    7.)    B984528508EF2C0A687593535B3E56FA, or

    8.)    D725A85A9DA3E6781A138948A98D8877, or

    9.)    9AC69EB35D794BC80FCC2658CBDDD96D, or

USA V. DANIEL WILSON TESTERMAN                                    1:05CR4

## VERDICT FORM

    10.) B6830832887BD1ABDC696FFAE696F619, or

    11.) 54E684EE36859BA7214B25CC18AA1476, or

    12.) 933652C5465B854E5353CF2772D023E4, or

    13.) 482DBC7963417F72C9ECE3E9F0482B26, or

    14.) ECFFFC47BB19F0959B8DCA6082A9139C, or

    15.) A8B94BDD22FACA6C23D057DAD4373AD3, or

    16.) D79BAD6739CE98E73C3FA9B50D6097CE, or

    17.) 893BF2DCE981DA68D352E685518BD7C6, or

    18.) BDBD87E1C748BD325C30C9F991A661B0, or

    19.) 8F36F6FE31FF719D2CD5FC64180C4410, or

    20.) A073E9BC380B87B658015625817D13DD, or

    21.) 95FFC79EB2F0D7E8A5D550480895568F, or

    22.) 71F83DEFD225D469483DFE273BB31739, or

    23.) 42C599F783F9A73213F2F2CAAF618D46, or

    24.) 419C8FFCB89AA7F06C4A829BA3BD3357, or

    25.) 8D8151BFC539CB329C13DA1F1110D24C, or

    26.) ED59EDF586F7039C0B96081881FD8722, or

    27.) 8C8E724BA73079D8B62CB48E96E8E857

which had been shipped and transported in interstate and foreign commerce by means that included a computer, all in violation of Title 18 United States Code Section 2252A(a)(5)(B).

USA V. DANIEL WILSON TESTERMAN                                    1:05CR4

## VERDICT FORM

WE, THE JURY, on the issue joined, find that the defendant, **DANIEL WILSON TESTERMAN** is

_Guilty_
Guilty or Not Guilty

of the charge of possession of child pornography.

### COUNT TWO

**Count Two** of the Indictment charges that on or about July 25, 2003, at or near Harrisville, Ritchie County, and in the Northern District of West Virginia, the defendant, Daniel Wilson Testerman, did knowingly receive child pornography, as defined in Section 2256 of Title 18 of the United States Code, that is, two files, identified by the following hash values:

1.) 1C7B480D846108B04C7989CD48B2FC12, or

2.) 5B629707973380BAA29210A9FE495ECA,

both of which had been shipped and transported in interstate and foreign commerce by any means, in violation of Title 18, United States Code Section 2252A(a)(2)(A).

WE, THE JURY, on the issue joined, find that the defendant, **DANIEL WILSON TESTERMAN** is,

_Guilty_
Guilty or Not Guilty

3

USA V. DANIEL WILSON TESTERMAN                                    1:05CR4

## VERDICT FORM

of the charge of receipt of child pornography.

### COUNT THREE

**Count Three** of the Indictment charges that on or about August 10, 2003, at or near Harrisville, Ritchie County, and in the Northern District of West Virginia, the defendant, Daniel Wilson Testerman, did knowingly receive child pornography, as defined in Section 2256 of Title 18 of the United States Code, that is, a file with hash value 44195C07FF18B27CB71C809A610367CE which had been shipped and transported in interstate and foreign commerce by any means, in violation of Title 18, United States Code Section 2252A(a)(2)(A).

WE, THE JURY, on the issue joined, find that the defendant, **DANIEL WILSON TESTERMAN** is



_____Guilty_____
Guilty or Not Guilty

of the charge of receipt of child pornography.

### COUNT FOUR

**Count Four** of the Indictment charges that on or about August 22, 2003, at or near Harrisville, Ritchie County, and in the Northern District of West Virginia, the defendant, Daniel Wilson Testerman, did knowingly receive child pornography, as defined in

USA V. DANIEL WILSON TESTERMAN                                1:05CR4

## VERDICT FORM

Section 2256 of Title 18 of the United States Code, that is, a file with hash value 310BF5E0FC6438D0294799335A429B98 which had been shipped and transported in interstate and foreign commerce by any means, in violation of Title 18, United States Code Section 2252A(a)(2)(A).

WE, THE JURY, on the issue joined, find that the defendant, **DANIEL WILSON TESTERMAN** is

_____Guilty_____
Guilty or Not Guilty

of the charge of receipt of child pornography.

DATED: _February 6, 2006_

_____[signature]_____
Foreperson