IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.                              CRIMINAL NO. 1:05CR4
                                    (Judge Keeley)

DANIEL WILSON TESTERMAN,

        Defendant.

## ORDER

It appearing to the Court that the jury in the above-styled criminal action has begun deliberating of its verdict and has not at this time indicated that they have arrived at a verdict as to the Indictment; that in the interest of justice the jury should continue its deliberations; that the jury has advised the Court through the Deputy United States Marshal that the jury desires to continue its deliberations through the lunch hour; it is

**ADJUDGED** and **ORDERED** that, pursuant to 28 U.S.C. § 1871(e), the Marshal of this District shall provide the members of the jury with their lunch in the jury room, the Court believing that it is advisable for the jury to remain in the jury room, the Marshal will deliver food as ordered by said jurors.

DATED: February 6, 2006

                                                  IRENE M. KEELEY
                                                 UNITED STATES DISTRICT JUDGE