FILED
MAY 2 2 2006
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.                            Docket No. 1:05CR-00004-001

DANIEL TESTERMAN,

    Defendant.

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that the Defendant, **DANIEL TESTERMAN**, by and through his attorney, **GEORGE J. COSENZA**, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment of the United States District Court entered on May 15, 2005.

The Defendant respectfully requests that, pursuant to the provisions of the Criminal Justice Act, he be allowed to proceed in forma pauperis and that the undersigned be appointed to prosecute this appeal on his behalf.

Dated this _18_ day of May, 2006.

                                                DANIEL TESTERMAN
                                                By Counsel

                                                George J. Cosenza – WV Bar No. 833
                                                **GEORGE J. COSENZA, PLLC**
                                                515 Market Street - P.O. Box 4
                                                Parkersburg, WV  26102
                                                (304) 485-0990
                                                **Counsel for Defendant**

## Certificate of Service

The undersigned counsel for Defendant, **DANIEL TESTERMAN**, hereby certifies that he served the foregoing **NOTICE OF APPEAL,** upon the Plaintiff, **UNITED STATES OF AMERICA,** by depositing a true copy thereof in the United States Mail, postage prepaid, addressed to: **Sherry Muncy, Assistant United States Attorney, 320 West Pike Street, Suite 300, Clarksburg, WV 26304,** on this _18_ day of May, 2006.

George J. Cosenza - WV Bar No. 833
GEORGE J. COSENZA, PLLC
515 Market Street - P.O. Box 4
Parkersburg, WV 26102
(304) 485-0990
**Counsel for Defendant**