IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                                                CRIMINAL NO. 1:05CR4
                                                         (Judge Keeley)

**DANIEL WILSON TESTERMAN,**

      **Defendant.**

### ORDER

The above-named defendant, having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act based upon the CJA-23 Financial Affidavit submitted by the defendant, it is **ORDERED** that, George Cosenza, P.O. Box 4, Parkersburg, WV, 26102, (304) 485-0990, is hereby **APPOINTED** to represent the defendant for the purpose of an appeal of his conviction and sentence.

The Clerk is directed to forward a copy of this Order to the defendant, the Office of the Federal Public Defender, United States Attorney, United States Probation, and the United States Marshal's Office.

DATED: May 23, 2006

                                            /s/ Irene M. Keeley
                                            IRENE M. KEELEY
                                            UNITED STATES DISTRICT JUDGE