UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
June 5, 2006

No. 06-4558
1:05-cr-00004-IMK-AL

U.S. DISTRICT COURT
FILED AT WHEELING, WV
JUN - 8 2006
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DANIEL WILSON TESTERMAN

    Defendant - Appellant

---------
O R D E R
---------

The Court appoints George Cosenza as counsel for the appellant.

For the Court - By Direction

/s/   Patricia S. Connor
———————————————
CLERK

Nunc Pro Tunc Date:   5/22/06