AO 245B (Rev. 06/05) Judgment in a Criminal Case
Sheet 1

**FOR RETURN**

# UNITED STATES DISTRICT COURT

NORTHERN District of WEST VIRGINIA

RECEIVED
MAY 24 2006
UNITED STATES MARSHAL
Northern/West Virginia

UNITED STATES OF AMERICA
V.

**DANIEL TESTERMAN**

JUDGMENT IN A CRIMINAL CASE

Case Number: 1:05CR00004-001

USM Number: 04919-087

George J. Cosenza
Defendant's Attorney

RECEIVED
JUL 26 2006
UNITED STATES MARSHAL
Northern/West Virginia

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

X was found guilty on count(s)  One, Two, Three & Four
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. §2252A(a)(5)(B) | Possession of Child Pornography | 08-28-03 | 1 |
| 18 U.S.C. §2252A(a)(2)(A) | Receipt of Child Pornography | 07-25-03 | 2 |
| 18 U.S.C. §2252A(a)(2)(A) | Receipt of Child Pornography | 08-10-03 | 3 |
| 18 U.S.C. §2252A(a)(2)(A) | Receipt of Child Pornography | 08-22-03 | 4 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 16, 2006
Date of Imposition of Judgment

*/s/ Irene M. Keeley*
Signature of Judge

Honorable Irene M. Keeley, Chief U. S. District Judge
Name and Title of Judge

May 23, 2006
Date

I hereby certify that the annexed instrument is a true and correct copy of the original filed in my office.
ATTEST: Dr. Wally Edgell
Clerk, U.S. District Court
Northern District of West Virginia

AO 245B (Rev. 06/05) Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page 2 of 7

**DEFENDANT:** TESTERMAN, DANIEL
**CASE NUMBER:** 1:05CR00004-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: Count 1 - 60 months; Counts 2, 3 & 4 - 108 months all concurrent.

X The court makes the following recommendations to the Bureau of Prisons:
That the defendant participate in the sex offender program at FMC Butner;

That the defendant receive credit for the 11 days for time served between August 30, 2003 and September 10, 2003 and credit for time served since February 10, 2006.

X Pursuant to Public Law 108-405, Revised DNA Collection Requirements Under the Justice for All Act of 2004, the defendant shall submit to DNA collection while incarcerated in the Bureau of Prisons.

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____.

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

  ☐ on _____, as directed by the United States Marshals Service.

## RETURN

I have executed this judgment as follows:

**FILED**

JUL 2 7 2006

U.S. DISTRICT COURT
CLARKSBURG, WV 26301

Defendant delivered on 7/19/06 to FCI ASL

at Ky , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL