UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
September 25, 2006

No. 06-4558
1:05-cr-00004-IMK-AL

FILED
SEP 27 2006
U.S. DISTRICT COURT
ELKINS WV 28241

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DANIEL WILSON TESTERMAN

    Defendant - Appellant

---
O R D E R
---

The court reporter, Linda Bachman, has filed a motion for an extension of time to file the transcript without the imposition of sanctions.

The Court extends the time for filing the transcript, without sanctions, to 10/20/06. A 10 percent fee reduction will apply if the transcript is not filed by that date, and a 20 percent fee reduction will apply if the transcript is not filed by 11/20/06.

For the Court - By Direction

/s/ Patricia S. Connor
_____
CLERK