UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
October 20, 2006

No. 06-4558
1:05-cr-00004-IMK-AL

**FILED**

OCT 2 5 2006

U.S. DISTRICT COURT
WHEELING, WV 26003

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DANIEL WILSON TESTERMAN

    Defendant - Appellant

---

O R D E R

---

    The court reporter, Linda Bachman, has filed a motion for an extension of time to file the transcript without the imposition of sanctions.

    The Court extends the time for filing the transcript, without sanctions, to 11/13/06. A 10 percent fee reduction will apply if the transcript is not filed by that date, and a 20 percent fee reduction will apply if the transcript is not filed by 12/13/06.

                            For the Court - By Direction

                            /s/ Patricia S. Connor
                            _____
                                 CLERK