IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
at Clarksburg

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                            Criminal Action No. 1:05CR4

DANIEL WILSON TESTERMAN,

    Defendant.

## MOTION TO UNSEAL TRANSCRIPT

**NOW COMES** the Defendant, **DANIEL WILSON TESTERMAN**, by and through his attorney, **GEORGE J. COSENZA**, and moves the Court to unseal the transcript of the hearing on the Defendant's motion to suppress held on April 13, 2005 before the Honorable John S. Kaull, which was sealed by order of the Court, so that said transcript can be reproduced and used in the Defendant's appeal pending before the United States Court of Appeals for the Fourth Circuit.

Dated this 9th day of February, 2007.

                                                /s George J. Cosenza
                                                **George J. Cosenza, #833**
                                                **515 Market Street - P.O. Box 4**
                                                **Parkersburg, WV  26102**
                                                **(304) 485-0990**
                                                **Counsel for Defendant**

### CERTIFICATE OF SERVICE

The undersigned counsel for Defendant, **DANIEL WILSON TESTERMAN**, hereby certifies that a true copy of the **MOTION TO UNSEAL TRANSCRIPT** was served electronically on the 9th day of February, 2007 addressed to the following:

Sherry L. Muncy
U.S. Attorney's Office
320 West Pike Street, Suite 300
Clarksburg, WV    26302
sherry.muncy@usdoj.gov

/s George J. Cosenza
**George J. Cosenza, #833**
**515 Market Street - P.O. Box 4**
**Parkersburg, WV 26102**
**(304) 485-0990**
**Counsel for Defendant**