```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  v.                                                              **CRIMINAL NO. 1:05CR4**
                                                                                 (Judge Keeley)

**DANIEL WILSON TESTERMAN,**

       **Defendant.**

## ORDER GRANTING MOTION TO UNSEAL TRANSCRIPT

On February 9, 2007, the defendant, Daniel Wilson Testerman ("Testerman"), filed a motion to unseal transcript, requesting that the Court unseal the transcript of the hearing on the defendant's motion to suppress held before the Honorable John S. Kaull on April 13, 2005. As grounds for his motion, he states that the transcript should be unsealed to allow its reproduction and use in his appeal currently pending before the United States Court of Appeals for the Fourth Circuit.

Good cause having been shown, the Court **GRANTS** Testerman's motion to unseal transcript (dkt no. 100) and **DIRECTS** the Clerk to unseal the transcript of the April 13, 2005 hearing to the extent necessary to allow its reproduction and use in Testerman's appeal presently before the Fourth Circuit Court of Appeals.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this order to counsel of record, the defendant, and all appropriate agencies.

**U.S. v. TESTERMAN**                                                    **1:05cr4**

**ORDER GRANTING MOTION TO UNSEAL TRANSCRIPT**

DATED: February 12, 2007.

                                    /s/ Irene M. Keeley
                                    IRENE M. KEELEY
                                    UNITED STATES DISTRICT JUDGE