# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

FEB 1 2 2007

U.S. DISTRICT COURT
CLARKSBURG, WV 263..

United States of America
_____
**Plaintiff(s),**

v.

Daniel Wilson Testerman
_____
**Defendant(s).**

(CIVIL)(CRIMINAL) NO: 1:05-cr-00004-IMK

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Pursuant to the Local Rule of General Practice and Procedure 83.2, I verify that I have fully complied with that rule as it relates to admission to practice *pro hac vice*.

Dean Boland
**Applicant's Name**

Daniel Wilson Testerman
**Representing (Party Name)**

Dean Boland, Attorney at Law
**Name of Firm**

18123 Sloane Avenue, Lakewood, OH 44107
**Office Address**

216-529-9371
**Office Telephone Number**

216-803-2131
**Office Fax Number**

dean@deanboland.com
**E-mail Address**

Name, Address, and Telephone Numbers of State Bars in which admitted:

Ohio Supreme Court, 65 South Front Street, Columbus, OH 43215-3431
614-387-9000

All matters before West Virginia tribunals or bodies in which <u>the applicant</u> is or has been involved in the preceding twenty-four (24) months:

None

____ PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

All matters before West Virginia tribunals or bodies in which <u>any member of applicant's firm, partnership or corporation</u> is or has been involved in the preceding twenty-four (24) months:

None

_____
_____

PROVIDE ATTACHMENT WITH ADDITIONAL INFORMATION IF NECESSARY

I understand that admission to practice pro hac vice will result in my registration in the Case Management/Electronic Case Filing system. By this registration, I agree to abide by the requirements set forth in the Federal Rules, Federal Statutes and the Local Rules, Administrative Orders, Procedures and Policies of the United States District Court for the Northern District of West Virginia. (See https://racerweb.wvnd.uscourt.gov for further information)

I understand also, attorneys admitted pro hac vice will have privileges to view official docket sheets and documents associated with cases and query case reports for cases on the CM/ECF system using the Court assigned *read only* login and password. Pleadings must be filed electronically through local counsel. Registration constitutes a participant's consent to service by electronic means pursuant to the Federal Rules. CM/ECF is applicable with certain limitations to civil and criminal cases filed before the court.

I further certify that I have submitted with this application, the requisite fee of Fifty Dollars ($50.00) payable to the Clerk of the Court of the United States District Court for the Northern District of West Virginia.

I certify that the foregoing application is true and correct. I hereby represent that I am a member in good standing with the bar of every jurisdiction in which I am admitted and my privileges to practice law and my membership in any bar association have never been amended, modified, suspended, revoked or otherwise limited in any way in any court, district, state, commonwealth or other jurisdiction. I also certify that I have never been convicted of a felony. I agree to comply with all laws, rules, and regulations of the United States Courts where applicable.

If unable to make the above representation, please attach an explanation.

_____Dean Boland_____
Signature of Applicant

_____[signature]_____
Name of Responsible Local Attorney

George J. Cosenza
Name of Firm

(304) 485-0990
Office Telephone Number

515 Market St, Parkersburg, WV 26101
Office Address

Cosenza@eurekanet.com
E-mail Address

Pursuant to Local Rule of General Practice and Procedure 83.2, I have read the foregoing application and, by my endorsement hereon, agree to be a responsible local attorney in the above-styled matter. I further certify that I am an active member in good standing of the West Virginia Bar and that I maintain an actual office in West Virginia from which I practice law on a daily basis.

_____[signature]_____
Signature of Responsible Local Attorney