| | |
|---|---|
| AO82 (Rev. 4/90) | **ORIGINAL** **RECEIPT FOR PAYMENT** **47934** **UNITED STATES DISTRICT COURT** for the NORTHERN DISTRICT OF WEST VIRGINIA at Clarksburg |

RECEIVED FROM Dean Boland
Lakewood OHIO

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | 6855XX | 50.00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 50.00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | Case Number or Other Reference |
| 322360 | Miscellaneous Fees | 1:05CR4 |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | PNV |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | Dean Boland |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE 2/12/07   Cash ☐  Check ✓  M.O. ☐  Credit ☐   DEPUTY CLERK: M. Somers