```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

  v.                                     **CRIMINAL NO. 1:05CR4**
                                                **(Judge Keeley)**

**DANIEL WILSON TESTERMAN,**

    **Defendant.**

## ORDER

Upon consideration of the Application for Admission <u>Pro Hac Vice</u> of Dean Boland to appear in this matter, and finding it proper to do so, the Court **GRANTS** the motion (dkt no. 102).

It is so **ORDERED**.

The Clerk is directed to transmit copies of this order to counsel of record, the defendant, and all appropriate agencies.

DATED: February 14, 2007.

                                                       /s/ Irene M. Keeley
                                                     IRENE M. KEELEY
                                                     UNITED STATES DISTRICT JUDGE