```
                                         FILED:  August 9, 2007

                 UNITED STATES COURT OF APPEALS
                     FOR THE FOURTH CIRCUIT
                 ───────────────────────────────

                          No. 06-4558
                     (1:05-cr-00004-IMK-AL)
                 ───────────────────────────────


UNITED STATES OF AMERICA,

                                         Plaintiff - Appellee,

          versus

DANIEL WILSON TESTERMAN,

                                         Defendant - Appellant.

                 ───────────────────────────────

                            O R D E R

                 ───────────────────────────────
```

Attorney Dean Boland has entered his appearance as counsel for appellant in this case and has filed a motion to strike appellant's brief or, in the alternative, file an addendum to the current brief raising the issue of ineffective assistance of counsel.  The government has filed a response in opposition.

The Court grants appellant leave to file a supplemental brief not to exceed 20 pages.  The brief shall be served and filed on or before August 22, 2007.  The Government may file a supplemental response brief not to exceed 20 pages on or before September 4, 2007.

In light of the entry of appearance by attorney Boland, the Court grants attorney Cosenza leave to withdraw as counsel for appellant.

                                                  For the Court - By Direction

                                                  /s/ Patricia S. Connor

                                                                    Clerk