FILED: February 21, 2008

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 06-4558
(1:05-cr-00004-IMK-AL)

_____

UNITED STATES OF AMERICA,

                  Plaintiff - Appellee

v.

DANIEL WILSON TESTERMAN,

                  Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this Court, entered 1/30/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*