IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  v.                                  CRIMINAL NO. 1:05CR4
                                        (Judge Keeley)

**DANIEL WILSON TESTERMAN,**

      **Defendant.**

## ORDER GRANTING GOVERNMENT MOTION FOR RETURN OF PROPERTY

On April 23, 2009, the Government filed a motion seeking the return of all evidence admitted by the Government during the defendant's trial, which remains in the care and custody of the Clerk of the United States District Court.

For good cause shown, the Court **ORDERS** the release of all such evidence to **Special Agent Kenneth LaVictoire** of the Federal Bureau of Investigations, upon his appearance for such purpose in the United States District Court Clerk's office.

It is so **ORDERED**.

The Court directs the Clerk to transmit copies of this Order to the defendant, counsel of record and all appropriate agencies.

DATED: April 24, 2009.

                                                /s/ Irene M. Keeley
                                                IRENE M. KEELEY
                                                UNITED STATES DISTRICT JUDGE