IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

                                                  Case No.  1:05-cr-4

DANIEL TESTERMAN
    Defendant.

## NOTICE OF RETURN OF EXHIBITS

NOTICE is hereby given that the exhibits marked and admitted at the trial held in this matter are hereby returned to FBI Special Agent Kenneth L. LaVictoire.

Wally Edgell, Ph. D., Clerk

By: _[signature]_ Deputy Clerk.     Dated: 4-28-09

Dated: 4-28-2009     By: SA Kenneth L. LaVit___