# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

June 23, 2008

Mr. Dean Maynard Boland
18123 Sloane Avenue
Lakewood, OH 44107

    Re:  Daniel W. Testerman
           v. United States
           No. 07-11122

Dear Mr. Boland:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk