/postageonline

PLEASE PRESS FIRM  

7005 1160 0002 0626 4628

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

Flat Rate
Mailing E

**For Domestic an**

**Visit us at usps.c**   7005 1160 0002 0626 4628




**RECEIVED**

DEC 1  2009

**U.S. DISTRICT COURT**
**CLARKSBURG, WV 26301**

From:/Expéditeur:

Daniel Testerman 04919-087
FCI Ashland
Federal Correctional Institution
PO Box 6001
Ashland KY 41105

RETURN RECEIPT
REQUESTED

To:/Destinataire:

Clerk United States District Court
Northern District of West Virginia
500 West Pike Street
PO Box 2857
Clarksburg  WV 26302-2857

Country of Destination:/Pays de destination:


Recycled
Paper


EP14F