

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Del (Endorsement | |
| Total Postage | |

Postmark Here

7003 0500 0004 3876 5985

Sent To
Street, Apt. N or PO Box No
City, State, Z

Daniel Wilson Testerman
04919-087
FCI Ashland
PO Box 6001
Ashland, KY 41105
1:09-cv-74 [12]
1:05-cr-4 [124] 2/8/10

PS Form 3800, June 2002